UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                       Plaintiff,

Civil Action No. 8-07-CV-426-JFB-TDT
Consent to Exercise of Jurisdiction By A
United States Magistrate Judge
and
Order of Reference

-against-

SAM J. PICCOLO, Individually, and d/b/a
PICCOLO'S BAR, and PICCOLO'S BAR,

                Defendants.

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct and and all further proceedings in this case, including the Trial and order the entry of a Final Judgment. Any appeal shall be taken to the United States Court of Appeals for this Circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Plaintiff, J & J Sports Productions, Inc. | 2-14-08 |
| [signature] | For Defendants Sam J. Piccolo and Picolo's Bar | 2-14-08 |

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of Judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the foregoing consent of the parties.

2/14/2008
Date

[signature]
United States District Judge